# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>2326 Caramillo St., Colorado Springs, CO, further<br>described in Attachment A, attached hereto, and to<br>include all out-buildings and vehicles located<br>thereon. | Case No.   19-sw-5872-KMT |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ___State and___ District of ___Colorado___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm or ammunition |

The application is based on these facts:
**X** Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Jeremy Allen*
*Applicant's signature*

Jeremy Allen, Special Agent ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **Sep 09, 2019**

*Judge's signature*

**Kathleen M. Tafoya**
**United States Magistrate Judge**
*Printed name and title*

City and state:   Denver, CO

## ATTACHMENT A

## DESCRIPTION OF PREPORTY TO BE SEARCHED

**2326 Caramillo St., Colorado Springs, CO 80909**.  The residence is more specifically described as a single family, single story and basement, light yellow brick home. "2326" is displayed in black numbers above the front door on the front of the house.  There are blue shutters around the windows in the front of the home.  There is a gray and blue detached car garage in the rear that gives access to an alley.  "2326" is displayed in black numbers above the garage door, as well.  The premise to be searched includes the residence and all rooms, attics, basements, storage areas, floors, walls and combination safes, lockers and lock boxes, briefcases, containers, trash areas, surrounding grounds and outbuildings assigned to or part of this particular property, the garage areas, vehicles associated to occupants of the residence, as well as the persons of adult age located at the premises at the time of execution of this search warrant.  Below is a picture of the residence location and the detached garage.



Front of House



## ATTACHMENT B

Property to be Seized and Searched For

Evidence, fruits, and instrumentalities of violations of 18 U.S.C Section 922(g)(1) (felon in possession of a firearm or ammunition), 18 U.S.C. and 21 U.S.C. Section 841(a)(1) (possession with intent to distribute and distribution of a controlled substances) and particularly the following:

1. Firearms and/or ammunition and records related to the ownership of such items and any items found near any firearms or ammunition tending to show who possessed and controlled them;
2. Any photographs or video displaying firearms and/or ammunition;
3. Documents related to the purchase, sale, or manufacture of firearms and/or ammunition;
4. Currency;
5. Documents or personal items for any individual occupying the premise demonstrating ownership or possession of items located therein;
6. Any controlled substance or illicit drugs, including Methamphetamine and Heroin.
7. Any related drug paraphernalia, including packaging and distribution materials such as scales, bags, cutting agents, and other drug related paraphernalia.
8. Books, records, receipts, notes, ledgers and other documents relating to the transportation, orders, purchasing, and distribution, or controlled substances, in particular Methamphetamine and Heroin.
9. Computers, electronic media storage devices, digital recording devices, cellular phones, and other electronic devices that may contain documents, photographs, videos, and other digital evidence.
10. Any safe deposit box keys, storage keys, or records pertaining to safe deposit boxes or storage units or areas where illegal goods may be located.